IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| TOMMY RAY VIDAL, #889949 | § | |
| VS. | § | CIVIL ACTION NO. 6:16cv43 |
| DIRECTOR, TDCJ-CID | § | |

### ORDER OF DISMISSAL

The above-styled and numbered civil action was heretofore referred to United States Magistrate Judge John D. Love. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections having been timely filed, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the court. It is therefore

**ORDERED** that the Director's motion to dismiss the petition as moot (Dkt. #15) is **GRANTED** and the petition for a writ of habeas corpus is **DISMISSED** with prejudice. All motions not previously ruled on are **DENIED**.

**So Ordered and Signed**
**Dec 7, 2016**

_____
Ron Clark, United States District Judge